NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYMOND A. BERRY,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7067

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-366, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

**O R D E R**

The court construes Raymond A. Berry's August 8, 2014 submission as a motion to reinstate his appeal and for an extension of time to file his brief.

This appeal was dismissed on August 7, 2014 for failure to timely submit a brief. Berry has now filed his informal brief.

Upon consideration thereof,

2                                    BERRY v. MCDONALD

IT IS ORDERED THAT:

(1)  The motion is granted.  The court's August 7, 2014 dismissal order is vacated, the mandate is recalled, the appeal is reinstated, and Berry's brief is accepted for filing.

(2)  The Secretary's brief is due no later than 21 days from the date of filing of this order.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24